IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-223-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RANDY LEE CARNEY, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Criminal Procedure 32(h), the court gives notice that it is considering an upward departure under U.S.S.G. § 4A1.3(a)(1). The court continues the sentencing hearing until January 2018.

SO ORDERED. This _13_ day of December 2017.

JAMES C. DEVER III
Chief United States District Judge