FILED IN OPEN COURT
ON 1/26/2018
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-223-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| RANDY LEE CARNEY | : |

**ORDER OF FORFEITURE**

Pursuant to the entry of a plea of guilty by the defendant, Randy Lee Carney on November 28, 2016 to violations of 21 U.S.C. § 841(a)(1), and further evidence of record and as presented by the Government, the Court finds that the United States is now entitled to $1,290.00 which represents proceeds the defendant obtained as a result of the said offenses.

It is hereby ORDERED, ADJUDGED, and DECREED:

1. Based upon the defendant's guilty plea, and further evidence of record and as presented by the Government, the $1,290.00 which represents proceeds the defendant obtained as a result of the said offenses, is forfeited to the United States, and when and if recovered, shall be disposed of in accordance with the law; and

1

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This 26 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge