UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Randy Lee Carney**     Docket No. 5:16-CR-223-1D

### Petition for Action on Supervised Release

COMES NOW Taylor R. Westphalen, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Randy Lee Carney, who, upon an earlier plea of guilty to Distribute and Possess With the Intent to Distribute a Quantity of Cocaine Base (Crack), 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 26, 2018, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Randy Lee Carney is scheduled to be released from custody on March 24, 2024, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is pending release from the Bureau of Prisons. He is currently housed at a residential reentry center in Fayetteville, North Carolina, with no viable residence plan upon release. He recently started working full-time and will be in a position to get independent housing once he can prove employment history per standard requirements of rental agreements. It is respectfully recommended that he undergo a public law placement of 120 days to establish independent housing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement. Upon approval of the probation officer, the defendant may be released from the residential reentry center prior to the 120-day period should suitable housing be secured by the defendant.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taylor R. Westphalen
Taylor R. Westphalen
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: March 14, 2024

### ORDER OF THE COURT

Considered and ordered this __15__ day of __March__, 2024, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge